962

(April 16, 1953.)

■

C. CLARENCE KASKEL, Appellant, v. VINCENT R. IMPELLITTERI et al., Constituting the Board of Estimate of the City of New York, et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ. [See *post,* p. 1020.]

■

KATHARINE W. D. LOEB, Respondent, v. WILLIAM LOEB, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

(Republish.)

■

LARRY SILBERBERG, as Trustee under an Agreement between FLO LUXENBERG and Others, and EAGLE CONVERTING COMPANY, a Partnership, Appellant, v. RUTH LIPTON, Individually and as Executrix of CONRAD LIPTON, Deceased, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 959.]